IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADVANCED VASCULAR ASSOCIATES,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GROUP MANAGEMENT SERVICES, INC.,**<br><br>*Defendant.* | **Case No. 2:25-cv-05398-JDW** |

### ORDER

**AND NOW**, this 7th day of November, 2025, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicates that Plaintiff Advanced Vascular Associates has not served Defendant Group Management Services, Inc., since the filing of the Complaint, it is hereby **ORDERED** that Advanced Vascular Associates must make service by December 18, 2025.

This Order also serves as notice to Advanced Vascular Associates, in accordance with Federal Rule of Civil Procedure 4(m), that if Advanced Vascular Associates fails to file proof of service of the Complaint by December 18, 2025, without showing good cause for such failure, the Court will dismiss without prejudice the case against any unserved defendant.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.